| | |
|---|---|
| USA-74-24B (Rev. 05/01) | |

**CRIMINAL DOCKET**
United States Courts
Southern District of Texas
FILED
APR 0 5 2011
David J. Bradley, Clerk of Court

No. 11 CR 259

HOUSTON DIVISION

USAO Number: 2007R16984
Magistrate Number:

CRIMINAL INFORMATION

Judge: Hittner

**ATTORNEYS:**

UNITED STATES of AMERICA
VS.

JOSE ANGEL MORENO, USA — (713) 567-9000

Cedric L. Joubert, AUSA — (713) 567-9000

ARMANDO CHAVEZ M.D.

| | Appt'd | Private |
|---|---|---|
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |
| | ☐ | ☐ |

**CHARGE:**
(TOTAL)
(COUNTS:)
( 4 )

Ct. 1: Conspiracy [18 U.S.C. § 371].

Cts. 2-4: Mail Fraud [18 U.S.C. § 1341]

**PENALTY:** Ct. 1: Imprisonment of not more than 5 (five) years and/or fine not more than $250,000.
S/R - 3 years, S/A - $100.

Cts. 2-4: Imprisonment of not more than 20 (twenty) years and/or fine not more than $250,000.
S/R - 3 yrs. S/A - $100.

☐ In Jail
☐ On Bond
☐ No Arrest

NAME & ADDRESS
of Surety:

**PROCEEDINGS:**