UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

UNITED STATES OF AMERICA     §
               §
               §
      V.           §    CRIMINAL NO: **11 CR 259**
               §
ARMANDO CHAVEZ, M.D.     §
               §
               §
               §
               §
               §
               §
               §
               §

## **ORDER FOR ISSUANCE OF SUMMONS**

It appearing to the Court that a     CRIMINAL INFORMATION     has been filed against

the defendant listed, it is hereby

ORDERED that a summons be issued for the appearance of said defendant on

April 8, 2011   at   2:00 p.m.   Upon appearance, a judicial determination shall be

made as to detention or release on conditions. The United States Government recommends to

the Court the following conditions of release.

Defendant

ARMANDO CHAVEZ, M.D.           ☐ Appearance Bond in the Amount of:
                                   $

SIGNED at Houston, Texas, on      April 6    , 20 11 .

George C. Hanks Jr.
UNITED STATES MAGISTRATE JUDGE