# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

| United States of America | ) | |
|---|---|---|
| v. | ) | 11 APR -7 PM 2: 14 |
| Armando Chavez, M.D. | ) | SOUTHERN DIST. S/TX |
| 3535 Dumbarton Street | ) | Case No. H-11-cr-259 |
| Houston, Texas 77042 | ) | |
| Defendant's name and address | ) | |

## SUMMONS IN A CRIMINAL CASE

**YOU ARE SUMMONED** to appear before the United States district court at the time, date, and place set forth below to answer to one or more offenses or violations based on the following document filed with the court:

☐ Indictment  ☐ Superseding Indictment  ■ Information  ☐ Superseding Information  ☐ Complaint
☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice  ☐ Order of Court

| Place: U. S. Courthouse, 515 Rusk, Houston, Texas 77002 | Courtroom No.: 702 |
|---|---|
| | Date and Time: April 8, 2011 at 2:00 P.M. |

This offense is briefly described as follows:
Conspiracy
Mail Fraud

UNITED STATES COURTS
SOUTHERN DISTRICT OF TEXAS
FILED
APR 0 8 2011

Date: April 7, 2011

*Issuing officer's signature*  David J. Bradley, Clerk of Court

L. Filmore, Deputy Clerk
*Printed name and title*

### Proof of Service

This summons was received by me on (date) __4/7/11__.

☒ I personally served the summons on this defendant __Armando Chavez__ at
(place) __3535 Dumbarton St, Houston TX__ on (date) __4/7/11__ ; or

☐ On (date) _____, I left the summons at the defendant's residence or usual place of abode
with (name) _____, a person of suitable age and discretion who resides there, and mailed a copy to the defendant's last known address; or

☐ The summons was returned unexecuted because _____.

I declare under penalty of perjury that this information is true.

Date returned: __4/7/11__

*Server's signature*

__Julio Villegas, DUSM__
*Printed name and title*

Remarks: