UNITED STATES DISTRICT COURT     SOUTHERN DISTRICT
United States District Court
Southern District of Texas
FILED
APR 0 8 2011
David J. Bradley, Clerk of Court

Motion and Order for Admission *Pro Hac Vice*

| Division | Houston | Case Number | 4:11CR259 |
|---|---|---|---|
| UNITED STATES OF AMERICA ||||
| *versus* ||||
| ARMANDO CHAVEZ, M.D. ||||

| Lawyer's Name<br>Firm<br>Street<br>City & Zip Code<br>Telephone<br>Licensed: State & Number<br>Federal Bar & Number | Louis Leichter<br>Leichter Law Firm<br>1602 East 7th Street<br>Austin, Texas 78702<br>512 495-9995<br>Texas: SBN 24000243 |
|---|---|
| Seeks to appear for this party: | ARMANDO CHAVEZ, M.D. |
| Dated: 4/8/2011 | Signed: |

| The state bar reports that the applicant's status is: Active |||
|---|---|---|
| Dated: 4/8/11 || Clerk's signature: |

Order

This lawyer is admitted *pro hac vice*.

Dated: April 8, 2011

_____
United States District Judge