COURTROOM MINUTES:
The Honorable George C. Hanks, Jr. Presiding

Clerk, U.S. District Court
Southern District of Texas
Filed 4/8/11
David J. Bradley, Clerk

Case Manager: Jeanette Gonzalez
Interpreter Present? **No**     ERO: **D. Cartmill**
USPT/USPO: **V. Findley**      OPEN: **3:31** ADJOURN: **3:42**

☐ OTHER DISTRICT   ☐ DIVISION   THEIR CASE#

**PROCEEDING HELD:**
☒ Initial Appearance      ☐ Counsel Determination Hearing      ☐ Status Hearing
☒ Bond Hearing            ☐ Identity                            ☐ Hearing Continued on_____
☐ Detention Hearing       ☐ Preliminary Hearing                 ☐ Other_____

CASE NUMBER  ☒ CR  ☐ MJ **4:11-259**        Defendant #**1**

                                              AUSA: **CEDRIC JOUBERT**

**ARMANDO CHAVEZ**                            **LUIS LEICHTER (RETAINED)**

- Date of arrest_____         ☐ Rule 5
☒ Defendant's first appearance, Advised of rights/charges on: ☐ Indictment ☒ Information ☐ Complaint
                                                     Violation of ☐ Supervised Release ☐ Probation

☒ Defendant ☐ Material Witness appeared      ☒ with ☐ without counsel

☐ Defendant requests appointed counsel.              ☐ Financial Affidavit executed and sworn.
☐ Order appointing Federal Public Defender           ☐ Order appointing private counsel to follow.
☐ Order of partial reimbursement to follow.   ☐ Oral order, Defendant to Reimburse CJA fund $_____
☐ Defendant advises that he will retain private counsel. _____
☒ Defendant **25,000** bond set   ☐ Cash ☐ Surety ☐ P/R ☒ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Defendant_____ bond set   ☐ Cash ☐ Surety ☐ P/R ☐ Unsecured ☐ $_____ Deposit
☐ Surety signatures required as to Defendant(s)_____.
☒ Defendant(s)_____ advised of conditions of release
☒ BOND EXECUTED ☒ Defendant_____ Released
☐ Order of Temporary Detention Pending Hearing entered as to Defendant(s)_____
☐ Order of Detention Pending Trial entered as to Defendant(s)_____.
☐ Bond Continued          ☐ Bond reinstated       ☐ Bond Revoked
☐ Defendant_____ remanded to custody    ☐ M/W remanded to custody
☐ Defendant Ordered Removed to Originating District

                                                           ~Indictment
Defendant ___✓___ Waiver of ☐ Preliminary ☐ Identity ☐ Detention Hrg ☐ Detention Hrg this District
☐ Court finds: ☐ Probable Cause      ☐ Identity

☐ Defendant(s) _____ is/are scheduled on _____ at _____ for:
   ☐ Arraignment             ☐ Counsel Determination Hearing     ☐ Identity Hearing
   ☐ Detention Hearing       ☐ Preliminary Hearing               ☐ Final Revocation Hearing
   ☐ _____ Hearing