# UNITED STATES DISTRICT COURT
for the
Southern District of Texas

United States Court
Southern District of Texas
FILED
APR 0 8 2011
David J. Bradley, Clerk of Court

United States of America )
v. ) Case No. 11-CR-259
Armando Chavez )
Defendant )

## WAIVER OF AN INDICTMENT

I understand that I have been accused of one or more offenses punishable by imprisonment for more than one year. I was advised in open court of my rights and the nature of the proposed charges against me.

After receiving this advice, I waive my right to prosecution by indictment and consent to prosecution by information.

Date: 4/8/2011

_____
Defendant's signature

_____
Signature of defendant's attorney

Lovis Leichter
_____
Printed name of defendant's attorney

George C. Hanks, Jr.
_____
Judge's signature

George C. Hanks, Jr.
UNITED STATES MAGISTRATE JUDGE