| | |
|---|---|
| HONORABLE GEORGE C. HANKS, Jr., PRESIDING | CLERK, U.S. DISTRICT COURT SOUTHERN DISTRICT OF TEXAS |
| DEPUTY CLERK: Jeanette Gonzalez    ERO: D. Courtmiell | FILED 4/8/11 |
| LAW CLERK _____ | DAVID J. BRADLEY, Clerk |
| INTERPRETER  No    USPT/USPO: V. Findley | |

OPEN: 3:42    ADJOURN: 3:52

CR. NO. 4:11-CR-259        DEFT NO. 1        USDJ: HITTNER

UNITED STATES OF AMERICA § CEDRIC JOUBERT, AUSA
§
§
VS. §
§
ARMANDO CHAVEZ, M.D. §   LUIS LEICHTER (RETAINED)
§
§

## ARRAIGNMENT

- ☑ Arraignment held.  ____ Superseding Indictment  ____ Information
- ☑ Defts first appearance with counsel.
- ☑ Deft enters a plea of not guilty on **all** counts.
- ☐ Waiver of Speedy Trial executed.
- ☐ Waiver of Indictment.
- ☑ Docket Control Order issued w/cc to parties  ____ to be mailed  ____ not issued
- ☑ Bond continued.
- ☐ Deft failed to appear, bench warrant to issue.
- ☐ Deft REMANDED to the custody of the U.S. Marshal
- ☐ Nebbia Hearing (Conflict of Interest) held.

OTHER PROCEEDINGS/COMMENTS: