| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

HOUSTON DIVISION

UNITED STATES OF AMERICA §
§
versus § Criminal No. H-11-259
§
Armando Chavez, M.D. § Judge David Hittner

## DOCKET CONTROL ORDER

The defendant having appeared with counsel for arraignment and having entered a plea of "not guilty," it is ORDERED that:

1. MOTIPONS will be filed by          April 28, 2011

2. RESPONSES will be filed by         May 9, 2011

3. Proposed JURY QUESTIONS and
   JURY CHARGE will be filed by       June 6, 2011

4. PRETRIAL CONFERENCE will be held before    June 7, 2011
   Judge Hittner, Courtroom #8A 8th floor      at 9:30 a.m.

   **DEFENDANT MUST BE PRESENT**

5. JURY selection and TRIAL set for    June 14, 2011
                                       at 10:00 a.m.

6. Speedy trial limits waived? (yes/no)  _____

7. Estimated Trial Time                 10 days

Direct questions about this schedule to **ELLEN ALEXANDER**, Case Manager, U. S. District Clerk's Office, P. O. Box 61010, Houston, Texas 77208; (713) 250-5511.

SIGNED ON _April 8, 2011_ at Houston, Texas.

_____
U.S. Magistrate Judge

_____           _____
Assistant U.S. Attorney             Attorney for Defendant

_____
Defendant