IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| V. | § § | CRIM NO. H-11-259 |
| | § | |
| Armando Chavez, MD, | § § | |
| Defendant. | § § | |

## ORDER

The Court hereby orders the parties to exchange all trial exhibits on or before June 3, 2011, seven business days prior to the date of jury selection set in the Docket Control Order. Failure to timely exchange all trial exhibits may result in dismissal of this case or other sanctions in accordance with all applicable rules.

Signed on the ___13___ day of April, 2011.

_____
DAVID HITTNER
United States District Judge