# UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

UNITED STATES OF AMERICA

v.

Armando Chavez

Case No.: 4:11−cr−00259
Judge David Hittner

Defendant

## NOTICE OF SETTING

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET FOR THE PLACE, DATE AND TIME SET FORTH BELOW.**

**Before the Honorable**

David Hittner

**PLACE:**
Courtroom 8A
United States District Court
515 Rusk Ave
Houston, TX

**DATE:** 6/9/11

**TIME:** 09:45 AM

**TYPE OF PROCEEDING:** Re−Arraignment Hearing

Date:   June 1, 2011

David J. Bradley, Clerk