JUDGE: DAVID HITTNER
CASE MANAGER: ELLEN ALEXANDER   RPTR/~~TAPE~~ Mayra Malone
INTERPRETER: NIA

TIME: 10:00 begin | 10:40 end A.M.    P.M.    DATE: 6/9/11

CR. NO. H-11-259    DEFT. NO. 01

UNITED STATES OF AMERICA § Cedric Joubert ___ AUSA
VS.
Armando Chavez, MD § Louis Leichter (R) ☐ CJA

## ARRAIGNMENT / REARRAIGNMENT

☑ karr./krearr.   ☐ Arraignment  ☑ Rearraignment  held on cts 1-4 .
☑ kpl.            Deft enters a plea of ☑ gpl. (guilty)  ☐ ngpl. (not guilty)  ☐ nolopl. (nolo).
☑ kwvindi.        Indictment waived.
☑ kplag.          PLEA AGREEMENT: Rule 11(c)(1)(A) +(B)

☑ ...             Order for PSI setting Disclosure and Sentencing dates signed.
☐ kwvpsi.         PSI waived.
☑ ksen.           Sentencing set September 7, 2011 at 9:45 a.m.
☐ kjytrl.         Jury trial set _____ at _____.
☐ ko.(bnd.)       Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.
☐ ...             Deft failed to appear, bench warrant to issue.
☑ ...             Deft bond ☑ continued ☐ forfeited.
☐ ...             Deft remanded to custody.
☑ ...             Terminate other settings for this deft.   ☑ Terminate motions for this deft.
                  OTHER PROCEEDINGS: _____

Copy to:   USPO