# SENTENCE DATA SHEET

**CRIMINAL NO.:** H-11-259

**DEFENDANT:** ARMANDO CHAVEZ

**DEFENDANT'S IMMIGRATION STATUS:** U.S. CITIZEN

**GUILTY PLEA:** TO THE CRIMINAL INFORMATION [4 counts]

**SUBSTANCE OF PLEA AGREEMENT:** Pursuant to Fed. R. Crim. P. 11(c)(1)(A)&(B)

**COUNT 1:** CONSPIRACY - 18 U.S.C. § 371
**COUNTS 2-4:** MAIL FRAUD - 18 U.S.C. § 1341

**ELEMENTS:**

**Conspiracy - [§ 371]**
(1) Two or more persons......
(2) agrees, combines, or confederates....
(3) to commit an offense against the United States...
(4) and commits at least one overt act....

**Mail Fraud - [§1341]**
(1) One who knowingly creates a scheme and artifice to defraud...
(2) with the specific intent to defraud....
(3) and uses the U.S. mail or any private or commercial interstate carrier...
(4) and makes materially false representations....

**PENALTY:** CONSPIRACY [§371] - 5 years imprisonment/ $250,000 fine
MAIL FRAUD [§1341] - 20 years imprisonment/$250,000 fine

**ALTERNATIVE FINE BASED ON GAIN OR LOSS:** Applicable (amount of gain = $[amount] (18 U.S.C. 3571(d))

**SENTENCING GUIDELINES:** Advisory [see *U.S. v. Booker*]

**SUPERVISED RELEASE:** Up to 3 years [as to each count, Conspiracy and Mail Fraud]

**SPECIAL ASSESSMENT:** $100 per count of conviction (18 U.S.C. § 3013)