UNITED STATES DISTRICT COURT        SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| *versus* § | CRIMINAL H-11-259 (01) |
| § | |
| Armando Chavez, § | |

## Order for Presentence Investigation and Disclosure & Sentencing Dates

The defendant having been found guilty on counts __1 - 4__ a presentence report is ordered.

1. By __August 1, 2011__, the initial presentence report must be disclosed to counsel (*about 35 days after determination of guilt*).

2. By __August 15, 2011__, counsel must object in writing to the facts used and application of the guidelines or state that there is no objection (*14 days after disclosure*).

3. By __August 29, 2011__, the probation officer must submit to the judge the final presentence report with an addendum addressing contested issues (*14 days after disclosure*).

4. Sentencing is set for __September 7, 2011__ at __9:45 a.m.__ (*no sooner than 35 days from initial disclosure*).

5. For counsel to attend interviews with the defendant, counsel must tell the United States Probation Officer immediately; within 5 days, counsel must supplement that oral request with one in writing.

6. The defendant must go immediately—with a copy of this order—to:

   United States Probation Department
   Room 2301, 515 Rusk Avenue, Houston
   Telephone: (713) 250-5266

   If you get this order after 5:00 p.m., report to the Probation Department no later than 10:00 a.m. on the next workday.

   Signed __June 9, 2011__.

                                             United States District Judge

Copies: United States Probation
AUSA: __Cedric Joubert__
Defense Counsel: __Louis Leichter     (R)__
Defendant is **on Bond.**