IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § § § | |
| v. | § | C.R. NO. H-11-259 (01) |
| Armando Chavez M.D., | § § § | |

SCHEDULING ORDER

Pursuant to the Court's docket:

1. Sentencing is reset to: October 19, 2011 at 9:30 a.m.

SIGNED this the **22** day of September, 2011.

---

DAVID HITTNER
U.S. District Judge