JUDGE ___DAVID HITTNER___
CASE MANAGER ___ELLEN ALEXANDER___ RPTR/~~TAPE~~ ___Ed Reid___
USPO ___Lee Loredo___ INTERPRETER ___N/A___

TIME __10:00__ | __10:25__ A.M. ____ | ____ P.M. DATE __11-14-11__
    begin   end          begin   end

CR. NO. __H-11-259__ DEFT. NO. __01__

UNITED STATES OF AMERICA
vs.
Armando Chavez M.D.

___Cedric Joubert___ AUSA

___Louis Dreichster (R)___ ☐ CJA

### SENTENCING

☑ ksen.   Sentencing held. ☑ Guilty plea ☐ Guilty verdict on __6/9/11__, Cts. __1-4__

☐ ksen.   Sentencing held **with contested issues**.

☑ ...   SENTENCE: _Custody of the Bureau of Prisons for a term of 60 months as to Count 1 and 70 months for Counts 2-4 for a total of 70 months. All terms to run concurrently. Supervised Release for a term of 3 years total. Restitution in the amount of $3,821,082.00. Fine is waived. Objections are overruled + the PSR + all addendums are adopted by the Court._

~~$50~~ $100.00 special assessment on Counts __1-4__.

☐ ...   **Time to serve.**

☐ kdismcntgv.   Counts _____ dismissed on government's motion.

☐ kosurr.   Deft ordered to surrender to U.S. Marshal on _____.

☑ ...   Deft ordered to surrender to institution when designated.

☐ kcphrg.   Change of plea hearing, deft withdraws plea of guilty. (kpstr.).

☐ kjytrl.   Jury trial set for _____ at _____.

☐ ko.(bnd.).   Deft bond ☐ set ☐ reduced to $ _____ ☐ Cash ☐ Surety ☐ 10% ☐ PR.

☐ ...   Deft failed to appear, bench warrant to issue.

☑ ...   Deft bond ☑ continued ☐ forfeited.

☐ ...   Deft remanded to custody.

☑ ...   Terminate other settings for this deft.    ☑ Terminate motions for this deft.

OTHER PROCEEDINGS: _Motion for Downward Departure heard + granted._

Copy to:    USPO