UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § § § | |
| v. | § | C.R. ACTION NO. 4:11-259 (01) |
| | § § | |
| Armando Chavez, | § | |

ORDER

Pending before the Court is Defendant's Sealed Motion (Document # 38). Having considered the motion, the submissions and the applicable law, the Court determines that the motion should be denied. The Court hereby,

ORDERS that the Sealed Motion (Document No. 38) is DENIED.

Signed the _____14_____ day of February, 2012.

_____
DAVID HITTNER
United States Distirct Judge