DEFENDANT: ARMANDO CHAVEZ, M.D.
CASE NUMBER: 4:11CR00259-001

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of ____70 months.____

This term consists of SIXTY (60) MONTHS as to Count 1 and SEVENTY (70) MONTHS as to Counts 2 through 4, all terms to run concurrently with each other, for a total of SEVENTY (70) MONTHS.

☐ See Additional Imprisonment Terms.

☒ The court makes the following recommendations to the Bureau of Prisons:
That the defendant be designated to a facility as close to Houston, Texas, as possible.

☐ The defendant is remanded to the custody of the United States Marshal.

OCT - 3 2012

David J. Bradley, Clerk of Court

☐ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____.
  ☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____.
  ☒ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

_____
_____
_____

Defendant delivered on __22 Feb 2012__ to __FPC Duluth__
at __Duluth, Mn__, with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

Chicago MCC
2-21-12
FCI Oxford

USM copy

# UNITED STATES DISTRICT COURT
## Southern District of Texas
Holding Session in Houston

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | |
| ARMANDO CHAVEZ, M.D. | CASE NUMBER: 4:11CR00259-001 |
| | USM NUMBER: 88854-279 |

☐ See Additional Aliases.

Louis D. Leichter
Defendant's Attorney

**THE DEFENDANT:**

☒ pleaded guilty to count(s)  1 through 4 on June 9, 2011.

☐ pleaded nolo contendere to count(s) _____
which was accepted by the court.

☐ was found guilty on count(s) _____
after a plea of not guilty.

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Count |
|---|---|---|---|
| 18 U.S.C. § 371 | Conspiracy to commit mail fraud | 12/31/2007 | 1 |
| 18 U.S.C. § 1341 | Mail fraud | 07/24/2006 | 2 |
| 18 U.S.C. § 1341 | Mail fraud | 09/15/2005 | 3 |
| 18 U.S.C. § 1341 | Mail fraud | 04/13/2007 | 4 |

☐ See Additional Counts of Conviction.

The defendant is sentenced as provided in pages 2 through 7 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has been found not guilty on count(s) _____

☐ Count(s) _____ ☐ is ☐ are dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

November 14, 2011
Date of Imposition of Judgment

_(signature)_
Signature of Judge

**DAVID HITTNER**
**UNITED STATES DISTRICT JUDGE**
Name and Title of Judge

11/18/11
Date

GAW | GAW